[No. 31772-5-I.    Division One.    December 30, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID DEROD SANFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-00356-2, Richard M. Ishikawa, J., entered

November 10, 1992. *Reversed* and *remanded* by unpublished opinion per Pekelis, C.J., concurred in by Scholfield and Becker, JJ.